

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00227-CV

| | | |
|---|---|---|
| J-W POWER COMPANY, Appellant | § | On Appeal from the 271st District Court |
| v. | § | of Wise County (TX13071) |
| | § | March 2, 2023 |
| WISE COUNTY APPRAISAL DISTRICT AND WISE COUNTY APPRAISAL REVIEW BOARD, Appellees | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant J-W Power Company shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
     Justice Wade Birdwell